# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**FRED LEE WILLIAMS** **PLAINTIFF**
**ADC #093355**

**V.** **CASE NO. 4:16-CV-506 SWW/BD**

**DON HOLLINGSWORTH, et al.** **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Williams's complaint is DISMISSED with prejudice for failure to state a claim.

IT IS SO ORDERED this 1st day of September, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE