# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**FRED LEE WILLIAMS**                                                                                          **PLAINTIFF**
**ADC #093355**

**V.**                              **CASE NO. 4:16-CV-506 SWW/BD**

**DON HOLLINGSWORTH, et al.**                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of September, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE